IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BOUMATIC, LLC,

    Plaintiff,

v.

IDENTO OPERATIONS BV,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-822-wmc

This action came for consideration before the court with District Judge William C. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant Idento Operations BV granting its motion to dismiss for lack of personal jurisdiction and dismissing this case.

_____    _6/4/13_____
Peter Oppeneer, Clerk of Court                Date